UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HUSTLER CINCINNATI, INC., *et al.*,
    Plaintiffs,

v.

PAUL J. CAMBRIA, JR., ESQ., *et al.*,
    Defendants.

Case No. 1:11-cv-718

Bertelsman, J.
Litkovitz, M.J.

**ORDER**

    This matter is before the Court following a telephone status conference held on November 1, 2013, on the continuing dispute over discovery of email communications between the plaintiff Jimmy Flynt and the defendant attorneys and attorney Lou Sirkin and the defendant attorneys. Following his review of the unredacted portion of defendants' production of over 5,000 pages of communications between plaintiffs, Mr. Sirkin, and the defendant attorneys, counsel for plaintiffs represented that he was unable to identify which of the documents might contain discoverable facts. In order to advance this process and avoid duplicative and excessively voluminous document productions, plaintiffs shall identify to defendants the specific documents for which they require additional clarification by **November 14, 2013**.

    Further, defendants' attorneys represent that plaintiffs have failed to provide certain expert witness discovery required by Federal Rule of Civil Procedure 26(a)(2). As to plaintiffs' expert witness Jack Scott, plaintiffs must provide to defendants by Wednesday, **November 6, 2013**, Mr. Scott's compensation for his expert services in this matter, a list of his prior publications, his testimonial history, and the documents he relied upon in forming his opinions. As for Mr. Allie Jackson, who plaintiffs recently identified as a possible expert witness on damages, plaintiffs shall provide to defendants all information required by Fed. R. Civ. P. 26(a)(2). Plaintiffs shall make this disclosure by **November 8, 2013**.

This matter is set for a telephone conference on **November 15, 2013 at 3:00 p.m**. to set further deadlines as necessary and a briefing schedule on the parties' positions as to the whether the sought after documents are protected by the attorney-client privilege or work product doctrine.

**IT IS SO ORDERED.**

Date: 11/4/13

Karen L. Litkovitz
United States Magistrate Judge