UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HUSTLER CINCINNATI, INC., et al. | : | |
| | | Case No. 1:11-cv-718 |
| Plaintiffs, | : | |
| | | Judge William O. Bertelsman |
| Vs. | : | Magistrate Judge Karen L. Litkovitz |
| | | |
| PAUL J. CAMBRIA, JR., ESQ., et al. | : | |
| | | |
| Defendants. | : | |

### NOTICE OF FILING DEPOSITION CERTIFICATIONS

Now come Plaintiffs Hustler Cincinnati, Inc. and Jimmy Flynt and serve notice of the filing of the following deposition certifications:

1. Deposition certification of John Scott, Esq. taken on February 10, 2014

2. Deposition certification of Paul Cambria, Esq. taken on March 12, 2010

3. Deposition certification of Joseph Gumkowski, Esq. taken on March 12, 2010

4. Deposition certification of Jonathan Brown, Esq. taken on March 31, 2010

5. Deposition certification of Larry Flynt taken on April 16, 2010

Respectfully submitted,
REMINGER CO., L.P.A.

/s/ Carrie M. Starts
Robert W. Hojnoski (0070062)
Carrie M. Starts (0083922)
525 Vine St., Suite 1400
Cincinnati, OH 45202
Tel:  513/721-1311; Fax: 513/721-2553
Email:  rhojnoski@reminger.com
**Trial Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

    I hereby certify that this Motion was electronically filed through the Court's CM/ECF system this 6th day of May 2014 and notice will automatically be sent to counsel of record for Defendants which constitutes service by rule.

                      /s/ Carrie M. Starts
                      Robert Hojnoski